JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ARTURO RIVAS GALICIA, <br> Petitioner, <br> v. <br> JAIME RIOS, ET AL., <br> Respondents. | Case No. 5:26-cv-00111-MEMF-AJR <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

DATED: February 27, 2026

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE